BENBROOK LAW GROUP, PC
BRADLEY A. BENBROOK (SBN 177786)
STEPHEN M. DUVERNAY (SBN 250957)
400 Capitol Mall, Suite 1610
Sacramento, CA  95814
Telephone: (916) 447-4900
Facsimile:  (916) 447-4904
brad@benbrooklawgroup.com
steve@benbrooklawgroup.com

HOLTZMAN VOGEL JOSEFIAK TORCHINSKY PLLC
JASON TORCHINSKY*
45 North Hill Drive, Suite 100
Warrenton, VA  20186
Phone: (540) 341-8808
Facsimile: (540) 341-8809
jtorchinsky@hvjt.law
*Pro hac vice

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VICTOR GRESHAM and CONQUEST COMMUNICATIONS GROUP, LLC,<br><br>          Plaintiffs,<br><br>     v.<br><br>MICHAEL PICKER,<br>MIKE FLORIO,<br>CARLA PETERMAN,<br>LIANE RANDOLPH, and<br>CATHERINE SANDOVAL,<br>    *in their official capacity as Commissioners of the California Public Utilities Commission,*<br><br>          Defendants. | Case No.: 2:16−CV−01848−JAM−CKD<br><br>**STIPULATION AND  ORDER REGARDING AUGUST 5, 2016 ORDER REQUIRING JOINT STATUS REPORT**<br><br>Action Filed: Aug. 4, 2016 |

WHEREAS Plaintiffs filed this action on August 4, 2016 challenging the constitutionality of Cal. Pub. Util. Code §§ 2872, 2874(a), and 2876;

WHEREAS on August 5, 2016 the Court issued an order requiring that the parties hold the conference required by Federal Rule of Civil Procedure 26(f) and file a joint status report within 60 days of service of the complaint;

WHEREAS Plaintiffs served the complaint on August 10, 2016, thus requiring the parties to hold the Rule 26(f) conference and submit a joint status report on or before October 7, 2016;

WHEREAS Plaintiffs have filed a motion for preliminary injunction scheduled for hearing on October 4, 2016;

WHEREAS the parties agree that good cause exists to postpone the joint status report until after the hearing on Plaintiffs' motion for preliminary injunction.

IT IS HEREBY STIPULATED by and between:

Plaintiffs Victor Gresham and Conquest Communications Group, LLC, and Defendants Michael Picker, Mike Florio, Carla Peterman, Liane Randolph and Catherine Sandoval in their official capacity as current Commissioners of the California Public Utilities Commission, that good cause exits:

1. For the Federal Rule of Civil Procedure 26(f) conference and Joint Status Report ordered by this Court on August 5, 2016 to be postponed until no more than 21 days after the Court issues its ruling on Plaintiffs' motion for preliminary injunction.

Dated: September 23, 2016         BENBROOK LAW GROUP, PC


                                  s/ Bradley A. Benbrook
                                  BRADLEY A. BENBROOK
                                  *Attorneys for Plaintiffs*

Dated: September 23, 2016                CALIFORNIA PUBLIC UTILITIES COMMISSION

                                         s/ Christine J. Hammond
                                         CHRISTINE J. HAMMOND
                                         *Attorneys for Defendants*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR GRESHAM and CONQUEST COMMUNICATIONS GROUP, LLC,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>MICHAEL PICKER,<br>MIKE FLORIO,<br>CARLA PETERMAN,<br>LIANE RANDOLPH, and<br>CATHERINE SANDOVAL,<br>　　*in their official capacity as*<br>　　*Commissioners of the*<br>　　*California Public Utilities Commission,*<br><br>　　　　　　Defendants. | Case No.: 2:16−CV−01848−JAM−CKD<br><br>**ORDER REGARDING AUGUST 5, 2016 ORDER REQUIRING JOINT STATUS REPORT**<br><br>Action Filed: Aug. 4, 2016 |

Upon Consideration of the Parties' Stipulation Regarding August 5, 2016 Order Requiring Joint Status Report, and good cause appearing therefore, IT IS HEREBY ORDERED THAT: The Federal Rule of Civil Procedure 26(f) conference and Joint Status Report ordered by this Court on August 5, 2016 shall be postponed until 21 days after the Court issues its ruling on Plaintiffs' motion for preliminary injunction.

　　　　IT IS SO ORDERED.


DATED:　September 23, 2016

　　　　　　　　　　　　　　　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　　　　　HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT
　　　　　　　　　　　　　　　　　　　JUDGE