AROCLES AGUILAR, SBN 94753
HARVEY Y. MORRIS, SBN 87902
CHRISTINE JUN HAMMOND, SBN 206768
CANDACE MOREY, SBN 233081
California Public Utilities Commission
505 Van Ness Avenue, Room 5138
San Francisco, CA  94102
Telephone:  (415) 703-2682
Facsimile:  (415) 703-4592
Email:  cjh@cpuc.ca.gov

Attorneys for  Defendants Michael Picker,
Mike Florio, Carla Peterman, Liane Randolph,
and Catherine Sandoval, in their official capacities
as Commissioners of the California Public Utilities Commission

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VICTOR GRESHAM and CONQUEST COMMUNICATIONS GROUP, LLC,<br><br>                    Plaintiffs,<br><br>     vs.<br><br>MICHAEL PICKER, MIKE FLORIO, CARLA PETERMAN, LIANE RANDOLPH, AND CATHERINE SANDOVAL, in their official capacities as Commissioners of the California Public Utilities Commission,<br><br>                    Defendants. | Case No. 2:16-CV-01848-JAM-CKD<br><br>**STIPULATION FOR A STAY OF PROCEEDING AND ORDER** |

STIPULATION AND [PROPOSED] ORDER STAYING ALL DISTRICT COURT PROCEEDINGS
Case No.: 2:16-cv-01848-JAM-CKD

169118488

1 | Plaintiffs have appealed the District Court's order denying their Motion for Preliminary
2 | Injunction (ECF Doc. 26) to the U.S. Court of Appeals for the Ninth Circuit (ECF Doc. 27).  The
3 | parties believe that the appeal may resolve some or all of the issues to be litigated in this case and
4 | that, in lieu of filing on this day the Federal Rule of Civil Procedure 26(f) conference filing and Joint
5 | Status Report ordered by the Court (ECF Doc. 23), it is in the best interests of the parties and the
6 | courts to stay proceedings in the District Court while the appeal is pending.  The parties jointly
7 | stipulate that all proceedings, including any discovery, in this case should be stayed and held in
8 | abeyance by the District Court pending the outcome of the appeal of the denial of the preliminary
9 | injunction.  Accordingly, the parties, by and through their respective undersigned counsel,
10 | respectfully request the Court to stay all District Court proceedings in this matter pending decision on
11 | the appeal and to sign this order.
12 | ///
13 | ///
14 | ///

1
2  Dated:  October 28, 2016                    Respectfully submitted,
3                                              AROCLES AGUILAR
                                               HARVEY Y. MORRIS
4                                              CHRISTINE JUN HAMMOND
                                               CANDACE MOREY
5
6                                      By:     /s/   *CHRISTINE JUN HAMMOND*
                                               ———————————————
7                                                    CHRISTINE JUN HAMMOND

8                                              California Public Utilities Commission
                                               505 Van Ness Ave.
9                                              San Francisco, CA 94102
                                               Phone: (415) 703-2682
10                                             **Attorneys for Defendants**

11 Dated:  October 28, 2016                    Respectfully submitted,
12                                             BRADLEY A. BENBROOK
                                               STEPHEN M. DUVERNAY
13
14                                     By:     s/    BRADLEY A. BENBROOK
                                               ———————————————
15
                                               BENBROOK LAW GROUP, PC
16                                             400 Capitol Mall, Suite 1610
                                               Sacramento, CA 95814
17                                             Telephone: (916) 447-4900
                                               Facsimile: (916) 447-4904
18                                             brad@benbrooklawgroup.com
                                               steve@benbrooklawgroup.com
19
20                                             HOLTZMAN VOGEL
                                               JOSEFIAK TORCHINSKY PLLC
21                                             JASON TORCHINSKY*
22                                             45 North Hill Drive, Suite 100
                                               Warrenton, VA 20186
23                                             Phone: (540) 341-8808
                                               Facsimile: (540) 341-8809
24                                             jtorchinsky@hvjt.law
25                                             *Pro hac vice*
                                               **Attorneys for Plaintiffs**
26
27
28

1   IT IS SO ORDERED.

2

3   DATED: October 28, 2016

4                                         /s/ John A. Mendez

5                                         HONORABLE JOHN A. MENDEZ

6                                         UNITED STATES DISTRICT JUDGE