| | |
|---|---|
| 1 | BENBROOK LAW GROUP, PC |
| | BRADLEY A. BENBROOK (SBN 177786) |
| 2 | STEPHEN M. DUVERNAY (SBN 250957) |
| | 400 Capitol Mall, Suite 2530 |
| 3 | Sacramento, CA 95814 |
| | Telephone: (916) 447-4900 |
| 4 | Facsimile: (916) 447-4904 |
| | brad@benbrooklawgroup.com |
| 5 | steve@benbrooklawgroup.com |
| 6 | HOLTZMAN VOGEL |
| | JOSEFIAK TORCHINSKY PLLC |
| 7 | JASON TORCHINSKY* |
| | 45 North Hill Drive, Suite 100 |
| 8 | Warrenton, VA 20186 |
| 9 | Phone: (540) 341-8808 |
| | Facsimile: (540) 341-8809 |
| 10 | jtorchinsky@hvjt.law |
| | *Pro hac vice |
| 12 | AROCLES AGUILAR (SBN 94753) |
| | CHRISTINE JUN HAMMOND (SBN 206768) |
| 13 | CALIFORNIA PUBLIC UTILITIES COMMISSION |
| | 505 Van Ness Avenue |
| 14 | San Francisco, CA 94102 |
| | Phone: (415) 703-2682 |
| 15 | Facsimile: (415) 703-4592 |
| | arocles.aguilar@cpuc.ca.gov |
| 16 | cjh@cpuc.ca.gov |

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR GRESHAM and CONQUEST COMMUNICATIONS GROUP, LLC, | Case No.: 2:16−CV−01848−JAM−CKD |
| Plaintiffs, | **STIPULATION AND ORDER REGARDING NOVEMBER 1, 2017 ORDER REQUIRING JOINT STATUS REPORT** |
| v. | |
| MICHAEL PICKER, et al. | Action Filed: Aug. 4, 2016 |
| Defendants. | |

STIPULATION AND ORDER RE: SCHEDULING—JOINT STATUS REPORT

| | |
|---|---|
| 1 | At the request of parties, the Court on October 31, 2017 stayed this matter pending |
| 2 | resolution of an appeal the plaintiffs took to the Ninth Circuit Court of Appeals from this Court's |
| 3 | order denying their motion for a preliminary injunction. On November 2, 2017, after receipt of the |
| 4 | Ninth Circuit's Memorandum Affirming the District Court Order, this Court ordered parties to file |
| 5 | on or before December 8, 2017 a Joint Status Report as previously ordered on August 5, 2016. |
| 6 | On November 8, 2017, the United States Supreme Court docketed the plaintiffs' petition |
| 7 | for writ of certiorari from the Ninth Circuit Court of Appeals, at U.S. Supreme Court Case No. 17- |
| 8 | 677. On December 5, defendants/respondents filed a notice with the U.S. Supreme Court that they |
| 9 | do not intend to file a response to the certiorari petition unless required to do so. |
| 10 | Counsel for both the plaintiffs and defendants have conferred and stipulate that it would be |
| 11 | appropriate for this Court to continue the present stay of proceedings while the certiorari petition is |
| 12 | under consideration, as any decision from the U.S. Supreme Court would likely have a material |
| 13 | impact on the litigation. |
| 14 | **Accordingly, the parties, by and through their respective undersigned counsel,** |
| 15 | **respectfully request that the Court maintain the stay of all District Court proceedings in this** |
| 16 | **matter pending the U.S. Supreme Court's determination on the petition for writ of** |
| 17 | **certiorari, whether by denial of the petition or, if the petition is granted, by review of the** |
| 18 | **Ninth Circuit's decision.** |

Dated: December 8, 2017  Respectfully submitted,

BRADLEY A. BENBROOK

By: __/s Bradley A. Benbrook_____
Bradley A. Benbrook
*Attorney for Plaintiffs*

BENBROOK LAW GROUP, PC
400 Capitol Mall, Suite 2530
Sacramento, CA 95814
Telephone: (916) 447-4900
Facsimile: (916) 447-4904
brad@benbrooklawgroup.com


Dated: December 8, 2017  AROCLES AGUILAR
CHRISTINE JUN HAMMOND

By: __/s Christine J. Hammond___
Christine Jun Hammond
*Attorneys for Defendants*

CALIFORNIA PUBLIC UTILITIES COMMISSION
505 Van Ness Avenue
San Francisco, CA 94102
Phone: (415) 703-2682
Facsimile: (415) 703-4592
cjh@cpuc.ca.gov


IT IS SO ORDERED.

DATED: 12/11/2017            /s/ John A. Mendez_____
                             United States District Court Judge

STIPULATION AND ORDER RE: SCHEDULING—JOINT STATUS REPORT
-2-