# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR GRESHAM and CONQUEST COMMUNICATIONS GROUP, LLC,<br><br>  Plaintiffs,<br><br>  v.<br><br>MICHAEL PICKER,<br>MIKE FLORIO,<br>CARLA PETERMAN,<br>LIANE RANDOLPH, and<br>CATHERINE SANDOVAL<br>  *in their official capacity as Commissioners of the California Public Utilities Commission*<br><br>  Defendants. | Case No.: 2:16−CV−01848−JAM−CKD<br><br>**ORDER OF DISMISSAL**<br><br>Action Filed: Aug. 4, 2016 |

Pursuant to the parties' Stipulation for Voluntary Dismissal Without Prejudice filed, the Court hereby grants the stipulation as requested, and this matter is dismissed without prejudice.

IT IS SO ORDERED.

DATED: 3/15/2018

/s/ John A. Mendez
United States District Court Judge